588 A.2d 497

**Fred VITO, Administrator of the Estate of Carolyn Vito, Deceased and as Trustee Ad Litem, Appellant,**

v.

**Paul RODA, M.D., Stanley Yamulla, M.D. and Hazelton State General Hospital, Appellees.**

Supreme Court of Pennsylvania.

Argued Dec. 6, 1990.

Decided March 22, 1991.

Philip L. Blackman, Philadelphia, Stacey L. Schwartz, Elkins Park, for appellant.

Francis G. Wenzel, Jr., Wilkes Barre, for Paul Roda, M.D.

Anthony C. Falvello, Wilkes Barre, for Stanley Yamulla, M.D.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

AND NOW, this 22nd day of March, 1991, the order of the Superior Court is affirmed.

LARSEN, J., dissents.